**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-6383**

---

DAVID WILLIS,

Plaintiff - Appellant,

v.

JASMINE MARCHANT; KEVIN MURPHY; T.J. HAYCOX; KATHERINE PECBLES; LUCY LEE; SARAH MERKLE; JEFF BROWN; LUKE MCCLOUD; JONATHAN DAVID SHAUB; JUSTIN MURRAY; GRAYSON LAMBERT; WILL BRUMBACH; JOHN KAMMERRER; TONY EMMANUEL,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert G. Doumar, Senior District Judge. (3:12-cv-00843-RGD)

---

Submitted: May 23, 2013          Decided: May 29, 2013

---

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David Willis, Appellant Pro Se. Paul Bradford Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis appeals the district court's order dismissing without prejudice his complaint under <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Willis v. Marchant</u>, No. 3:12-cv-00843-RGD (W.D.N.C. Feb. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>